UNITED STATES of America,
Plaintiff–Appellee,

v.

Marlon Legrant SAUSSY, a.k.a. Sauce,
Defendant–Appellant.

No. 09–16299.

United States Court of Appeals,
Eleventh Circuit.

Dec. 2, 2010.

Derek Craig Gilbert, Beaufort, SC, for Plaintiff–Appellee.

James C. Stuchell, R. Brian Tanner, U.S. Attorney's Office, Savannah, GA, for Defendant–Appellant.

Before TJOFLAT, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Derek C. Gilbert, appointed counsel for Marlon Legrant Saussy, has filed a motion to withdrawal from further representing the appellant, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Saussy's conviction and sentence are **AFFIRMED.**